■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL BUTTS, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1961 Term. District Attorney directed to file and serve brief on or before April 27, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN J. WRIGHT, JR., Respondent, v. JOHN A. REDMAN, as Superintendent of Erie County Penitentiary, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before April 12, 1961.

## FOURTH DEPARTMENT, JANUARY, 1958 *

### (January 15, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND BAUMGART, Appellant.— Motion granted to appeal on original papers, five typewritten briefs and George M. Donohue, Esq., of Niagara Falls assigned as attorney to conduct appeal; time for argument of appeal enlarged to include March 1958 Term of court.